**E-filed 1/11/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0796 JF |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| RUBEN PIMENTAL-RAMIREZ, | ) | |
| Defendant. | ) | |

The parties have jointly requested a continuance of the hearing set for January 11, 2006, on grounds that Mr. Pimental has been offered a fast-track disposition, but has requested that defense counsel conduct additional investigation into the mitigating circumstances supporting his return to the United States, in order to continue negotiations with the U.S. Attorney's Office.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 11, 2006, be continued to Wednesday, February 08, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 11, 2006, to Wednesday, February 08, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  1/11/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0796 JF                                    1